**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Dealer Trade Network Holdco, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names — **DBA Dealer Trade Network**

**3. Debtor's federal Employer Identification Number** (EIN) — **86-1788233**

**4. Debtor's address**

**Principal place of business**

**13101 Magisterial Dr., Suite 100**
**Louisville, KY 40223**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 27, 2026**
MM / DD / YYYY

*X* **/s/ Steven Huey**
Signature of authorized representative of debtor

**Steven Huey**
Printed name

Title **Executive Chairman**

**18. Signature of attorney**

*X* **/s/ Charity S. Bird**
Signature of attorney for debtor

Date **August 27, 2026**
MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**471 W. Main St.**
**Suite 203**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone **(502) 540-8285** Email address **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

**RESOLUTION OF MEMBERS**
**HOLDING THE REQUIRED UNIT PERCENTAGE OF**
**DEALER TRADE NETWORK HOLDCO, LLC**

**August 25, 2026**

The undersigned, being Members of Dealer Trade Network Holdco, LLC, a Kentucky limited liability company (the "Company"), holding in the aggregate not less than a majority of the Company's outstanding Common Units entitled to vote (such Members, and such threshold, the "Required Unit Percentage", as defined in the Company's Second Amended and Restated Operating Agreement dated November 12, 2025 (the "Operating Agreement")), acting pursuant to Section 3.2(c) of the Operating Agreement and KRS 275.175(7), hereby adopt the following recitals and resolutions by written consent in lieu of a meeting of the Members. Capitalized terms not otherwise defined herein have the meanings given to them in the Operating Agreement.

**WHEREAS**, the Members have determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Members have determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code"), by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and

**WHEREAS**, pursuant to Section 3.2(c) of the Operating Agreement, the filing of a voluntary petition of bankruptcy is a matter requiring the affirmative vote, approval, or consent of Members holding the Required Unit Percentage; and

**WHEREAS**, the undersigned Members, whose respective Common Unit holdings are set forth on Schedule A attached hereto and incorporated herein, together hold not less than a majority of the Company's outstanding Common Units entitled to vote and thereby constitute the Required Unit Percentage;

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Kentucky; and

**FURTHER RESOLVED**, that Steven Huey, as Chief Executive Officer and President of the Company, is authorized and directed to execute and deliver, on behalf of the Company, all petitions, schedules, statements, and other documents and instruments necessary or appropriate to commence and prosecute the Company's voluntary chapter 11 bankruptcy case; and

**FURTHER RESOLVED**, that Steven Huey, on behalf of the Company, is authorized and directed to appear in all proceedings in connection with the Company's bankruptcy case, and to perform all acts and deeds and to execute and deliver all instruments necessary or appropriate on behalf of the Company in connection therewith; *provided, however,* that Mr.

Huey may delegate such responsibilities to be exercised by other Officers or employees of the Company as needed; and

**FURTHER RESOLVED**, that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP (“KJAB”) as counsel to represent the Company in its bankruptcy case, and that Steven Huey is authorized and directed to execute and deliver any and all engagement agreements, retainer agreements, and other instruments necessary to retain KJAB and to authorize KJAB to execute documents and appear in court proceedings on behalf of the Company; and

**FURTHER RESOLVED**, that this Resolution, having been approved in writing by Members constituting the Required Unit Percentage pursuant to Section 3.2(c) of the Operating Agreement and KRS 275.175(7), shall be as valid and effective for all purposes as if approved at a duly called and held meeting of the Members, and the Board of Directors and Officers of the Company are each authorized and directed to take all further actions and execute all further documents as may be necessary or appropriate to carry out the intent of the foregoing resolutions.

**Counterparts; Electronic Signature**

This Resolution may be executed in counterparts, each of which shall constitute an original, and all of which together shall constitute one and the same instrument. Execution and delivery of this instrument by electronic mail transmission, electronic signature, or other electronic means shall be fully effective for all purposes.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned being Members of Dealer Trade Network Holdco, LLC holding the Required Unit Percentage of the outstanding Common Units of the Company, have executed this Resolution as of the date first set forth above.

Steven Huey, Member

John Shumate, Member

Oscar Rodriguez (Aug 26, 2026 12:02:42 EDT)

Oscar Rodriguez, Member

Charles Bankston, Member

David Kohn, Member
DLK Holdings, LLC

**IN WITNESS WHEREOF**, the undersigned being Members of Dealer Trade Network Holdco, LLC holding the Required Unit Percentage of the outstanding Common Units of the Company, have executed this Resolution as of the date first set forth above.

Steven Huey, Member

John Shumate, Member

Oscar Rodriguez, Member

Charles Bankston, Member

David Kohn, Member
DLK Holdings, LLC

**Fill in this information to identify the case:**

Debtor name **Dealer Trade Network Holdco, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 27, 2026**

*X* ***/s/ Steven Huey***
Signature of individual signing on behalf of debtor

**Steven Huey**
Printed name

**Executive Chairman**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Dealer Trade Network Holdco, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AG Logistics LLC<br>275 Stonegate Road, Ste. D<br>Algonquin, IL 60102** | | **Trade - Freight** | | | | **$7,655.00** |
| **C1 Transport LLC<br>8439 W. Castle Island Ave<br>Chicago, IL 60656** | | **Trade - Freight** | | | | **$7,750.00** |
| **Chubb<br>P.O. Box 382001<br>Pittsburgh, PA 15251-7003** | | **Trade** | | | | **$9,346.68** |
| **Dean Dorton<br>P.O. Box 631259<br>Cincinnati, OH 45263-1259** | | **Trade** | | | | **$15,000.00** |
| **Foxit Software Inc.<br>PO Box 889415<br>Los Angeles, CA 90088-9415** | | **Trade** | | | | **$8,745.00** |
| **Hemet Chrysler Dodge Jeep Ram<br>240 Carriage Cir<br>Hemet, CA 92545** | | **Premium Due to Dealer** | | | | **$10,460.00** |
| **JES Trans Inc<br>12631 Imperial Highway F212<br>Santa Fe Springs, CA 90670** | | **Trade - Freight** | | | | **$9,216.00** |
| **Legend Locates<br>11400 Plantside Dr<br>Louisville, KY 40299** | | **Trade** | | | | **$10,508.80** |
| **Louisville Geek, LLC<br>700 Distillery Commons<br>Louisville, KY 40206** | | **Trade** | | | | **$8,694.78** |

Debtor **Dealer Trade Network Holdco, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Maher Chevrolet Inc 2901 34th St N Saint Petersburg, FL 33713** | | **Premium Due to Dealer** | | | | **$13,600.00** |
| **Preowned Auto Logistics 222 Jubille Drive Peabody, MA 01960** | | **Trade - Freight** | | | | **$429,332.40** |
| **Retool Inc. 1550 Bryant Street, Suite 200 San Francisco, CA 94103** | | **Trade** | | | | **$30,550.00** |
| **Solo Liner LLC P.O. Box 205154 Dallas, TX 75320** | | **Trade - Freight** | | | | **$9,165.00** |
| **Steve Huey 990 Alta Vista Road Louisville, KY 40205** | | **Principal - Loaned** | | | | **$7,736.38** |
| **Stites & Harbison PLLC 400 W Market St., #1800 Louisville, KY 40202-3352** | | **Trade** | | | | **$11,064.00** |
| **T&j Enterprises 2367 India Street San Diego, CA 92101** | | **Premium Due to Dealer** | | | | **$9,200.00** |
| **United Road Logistics LLC Lockbox #932607 4100 W 150th Street Cleveland, OH 44135** | | **Trade - Freight** | | | | **$258,969.99** |
| **Venture First Accounts Receivable 333 E. Main Street, Suite 210 Louisville, KY 40202** | | **Trade** | | | | **$68,500.00** |
| **VinAudit 15117 Main Street, #205-853 Mill Creek, WA 98012** | | **Trade** | | | | **$28,819.90** |
| **Zoom Video Communications, Inc. PO Box 888843 Los Angeles, CA 90088** | | **Trade** | | | | **$11,597.40** |

# United States Bankruptcy Court
## Western District of Kentucky

In re **Dealer Trade Network Holdco, LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 27, 2026**

**/s/ Steven Huey**
**Steven Huey**/**Executive Chairman**
Signer/Title

ADS Logistics LLC
1840 Woodland Field Crossing, Apt. 230
Spring, TX 77380

AG Logistics LLC
275 Stonegate Road, Ste. D
Algonquin, IL 60102

ANR Brothers, Inc
2308 Sheehan Drive
Naperville, IL 60564

Atlas Transit LLC
428 Wild Dove Court
Monroe, NC 28078

Auto Line Express Inc.
15915 San Pedro Street
Gardena, CA 90248

Azgarson Inc
311 Elm Street Suite 270 #1325
Cincinnati, OH 45202

Bellavia Chevrolet
199 NJ-17
East Rutherford, NJ 07073

BFS Trucking Inc.
7329 Atkinson Cir.
Plainfield, IL 60586

Border Chevrolet Gmc
2300 Hwy 53 S
International Falls, MN 56649

Borderland Chevrolet GMC
1200 G Ave.
Douglas, AZ 85607

Bridgewater Chevrolet Inc
1548 US-22 E
Bridgewater, NJ 08807

Brookings Automall Chevrolet Buick GMC
2323 6th St.
Brookings, SD 57006

C1 Transport LLC
8439 W. Castle Island Ave
Chicago, IL 60656

Carolina Logistic Inc.
4450 Parris Bridge Road
Boiling Springs, SC 29316

Castle Chevrolet North
175 N Arlington Heights Rd
Elk Grove Village, IL 60007

Chevrolet of Wooster
1119 W. Old Lincoln Wy
Wooster, OH 44691

Chubb
P.O. Box 382001
Pittsburgh, PA 15251-7003

CRC Transport, LLC
PO Box 3771
Pensacola, FL 32516-3771

Crosstrans Group
8804 Caroma Street, Suite 160
Olive Branch, MS 38654

Crosstrans Groups Inc
P.O. Box 687
Wheaton, IL 60187

Dataone (30048)
Attn: Accounts Receivable
PO Box 713231
Chicago, IL 60677

Dean Dorton
P.O. Box 631259
Cincinnati, OH 45263-1259

Delta Express Inc.
603 Canterbury Road
Kings Mountain, NC 28086

Dyer Chevrolet
1000 Us Hwy 1
Vero Beach, FL 32960

Dyer Chevrolet Lake Wales
21500 Highway 27 North
Lake Wales, FL 33853

East Hartford Chevrolet
585 Connecticut Boulevard
East Hartford, CT 06108

Foxit Software Inc.
PO Box 889415
Los Angeles, CA 90088-9415

GEO-USA Corp
2265 East 27th Street, Fl 1
Brooklyn, NY 11229

George Matick Chevrolet Inc.
14001 Telegraph Rd Redford
Township, MI 48239

Glasscock Chevrolet
300 N Main
Big Lake, TX 76932

Glynn Smith Chevrolet GMC
600 Columbus Pkwy
Opelika, AL 36801

Gorilla Transport INC
60 Hyde Road
West Springfield, MA 01089

Greenway Shredding & Recycling
2318 Watterson Trail
Louisville, KY 40299

Hayden Grant, PLLC
214 S 8th St., Suite 301
Louisville, KY 40202-4745

Hemet Chrysler Dodge Jeep Ram
240 Carriage Cir
Hemet, CA 92545

Hendrick Chevrolet Inc
100 Automall Drive
Cary, NC 27511

Interstate Frieghts LLC
5521 N. Cumberland Ave, #1111
Chicago, IL 60656

Jerrys Toyota
8001 Belair Rd
Baltimore, MD 21236

JES Trans Inc
12631 Imperial Highway F212
Santa Fe Springs, CA 90670

John Elways Crown Toyota
1201 Kettering Drive
Ontario, CA 91761

JPMorgan Chase Bank
PO Box 15369
Wilmington, DE 19850

Koorsen Fire & Security
2719 N. Arlington Avenue
Indianapolis, IN 46218

Lada Transport Inc.
589 Chucks Dr.
Duncan, SC 29334

Legend Locates
11400 Plantside Dr
Louisville, KY 40299

Louisville Geek, LLC
700 Distillery Commons
Louisville, KY 40206

Maher Chevrolet Inc
2901 34th St N
Saint Petersburg, FL 33713

Maximum Services, Inc.
1017 Leah Drive
Cary, IL 60013

Miller Company, Inc
P.O. Box 436087
Louisville, KY 40253-6087

Moose Freight Inc.
14220 Forgotten Lane
Kennard, NE 68034

MTVA Auto Inc
4650 Weitz Road
Morris, IL 60450

New Line Trucking LLC
22074 E. Peakview Drive
Aurora, CO 80016

Pioneer Family Auto/Pioneer Chevrolet In
1315 Pike Street
Marietta, OH 45750

Preowned Auto Logistics
222 Jubille Drive
Peabody, MA 01960

Priority Chevrolet
12920 Jefferson Ave.
Newport News, VA 23608

Pro Line Cargo LLC
1100 West Bagley Road, Suite #207
Berea, OH 44017

Pros Movers LLC
717 Clontz Long Road
Monroe, NC 28110

Regal Chevrolet
2615 Lakeland Hills Blvd
Lakeland, FL 33801

Regal Gmc Truck
2615 Lakeland Hills Blvd
Lakeland, FL 33805

Retool Inc.
1550 Bryant Street, Suite 200
San Francisco, CA 94103

Ron Marhofer Gmc Inc
5617 Whipple Avenue NW
North Canton, OH 44720

Route One Carhauling/StepOne LLC
2044 Peach Tree Ln.
Elgin, IL 60123

Signature Dealer Group Toyota
680 East Napier Avenue
Benton Harbor, MI 49022

Solo Liner LLC
P.O. Box 205154
Dallas, TX 75320

Steve Huey
990 Alta Vista Road
Louisville, KY 40205

Stites & Harbison PLLC
400 W Market St., #1800
Louisville, KY 40202-3352

T E S Transportation Inc
7630 Industry Avenue
Pico Rivera, CA 90660

T&j Enterprises
2367 India Street
San Diego, CA 92101

TAD Logistic LLC
1082 Ripple Ridge
Darien, IL 60561

Taurus Auto Group, Inc.
13769 Main St., Suite 200
Lemont, IL 60439-9311

Top Line Service Inc
117 Roberts Place
Roseville, CA 95661

Trujo Truck Corporation
2149 Flintlock Blvd
Kissimmee, FL 34743

United Road Logistics LLC
Lockbox #932607
4100 W 150th Street
Cleveland, OH 44135

Untitled, LLC
1201 Story Ave., Ste 300
Louisville, KY 40206

VA Carrier Inc.
932 Dalton Circle
Foley, AL 36535

Van Motors Inc.
502 N. Main Street
Conrad, MT 59425

Venture First
Accounts Receivable
333 E. Main Street, Suite 210
Louisville, KY 40202

VinAudit
15117 Main Street, #205-853
Mill Creek, WA 98012

Wells Fargo Vendor Financial Services, L
P.O. Box 070241
Philadelphia, PA 19176-0241

Wilhelm Chevrolet GMC
305 Business Loop W
Jamestown, ND 58401

Willis Klein
4041 Westport Road
Louisville, KY 40207

World Class Trucking Inc
751 Coates Ave N, Suite 42
Holbrook, NY 11741-6039

Zoom Video Communications, Inc.
PO Box 888843
Los Angeles, CA 90088

# United States Bankruptcy Court
## Western District of Kentucky

In re **Dealer Trade Network Holdco, LLC** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dealer Trade Network Holdco, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DLK Holdings LLC**
**5906 Marina View Ct.**
**Prospect, KY 40059**

**DTN-SPV, LLC**
**333 E. Main St., Suite 210**
**Louisville, KY 40202**

☐ None [*Check if applicable*]

**August 27, 2026**
Date

**/s/ Charity S. Bird**
**Charity S. Bird**
Signature of Attorney or Litigant
Counsel for **Dealer Trade Network Holdco, LLC**

**Kaplan Johnson Abate & Bird LLP**
**471 W. Main St.**
**Suite 203**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**